**FILED**
June 24, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MABEL ARREDONDO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-22-CV-0170 |
| § | |
| DOCUPROS, a California Corporation, and § | |
| GUSTAVO ADOLFO LOPEZ aka § | |
| GUSTAVO A. LOPEZ CHAVEZ, § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AGAINST DEFENDANTS DOCUPROS AND GUSTAVO ADOLFO LOPEZ AKA GUSTAVO A. LOPEZ CHAVEZ

COMES NOW Plaintiff Mabel Arredondo, in his individual capacity, and moves to dismiss Defendants Docupros, Gustavo Adolfo Lopez aka Gustavo A. Lopez Chavez with prejudice. Plaintiff and Defendants Docupros and Gustavo Adolfo Lopez aka Gustavo A. Lopez Chavez have resolved their case.

June 22, 2022

Respectfully submitted,

*Mabel Arredondo*

Mabel Arredondo
9328 Lait Drive
El Paso, TX 79925
(915) 999-8219
Mabel.arredondo22@gmail.com

## **CERTIFICATE OF SERVICE**

      I certify that on June 23, 2022, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

June 23, 2022                                  Respectfully submitted,

                                                  *Mabel Arredondo*

                                                  Mabel Arredondo
                                                  9328 Lait Drive
                                                  El Paso, TX 79925
                                                  (915) 999-8219
                                                  Mabel.arredondo22@gmail.com

**RECEIVED**
June 24, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
       DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| MABEL ARREDONDO,<br><br>Plaintiff,<br><br>v.<br><br>DOCUPROS, a California Corporation, and GUSTAVO ADOLFO LOPEZ aka GUSTAVO A. LOPEZ CHAVEZ,<br><br>Defendants. | § § § § § § § § § § § § § §   EP-22-CV-0170 |

Upon consideration of Plaintiff's Motion to Dismiss Defendants Docupros and Gustavo Adolfo Lopez aka Gustavo A. Lopez Chavez. this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss Defendants DOCUPROS and GUSTAVO ADOLFO LOPEZ aka GUSTAVO A. LOPEZ CHAVEZ and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**