UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MABEL ARREDONDO,** | § § § § § § § § § § § | |
| **Plaintiff,** | | |
| v. | | EP-22-CV-00170-FM |
| **DOCUPROS, a California Corporation and GUSTAVO ADOLFO LOPEZ a/k/a GUSTAVO A. LOPEZ-CHAVEZ,** | | |
| **Defendants.** | | |

## FINAL JUDGMENT

Before the court is "Plaintiff's Motion to Dismiss with Prejudice Against Defendants Docupros and Gustavo Adolfo Lopez AKA Gustavo A. Lopez Chavez" ("Motion") [ECF No. 5], filed June 24, 2022 by Plaintiff Mabel Arredondo. Therein, Plaintiff stipulates to dismissal of this cause with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2] The record reflects none of the defendants have filed an answer or a motion for summary judgment.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

---

[1] "Plaintiff's Motion to Dismiss with Prejudice Against Defendants Docupros and Gustavo Adolfo Lopez AKA Gustavo A. Lopez Chavez" 1, ECF No. 5, filed June 24, 2022.

[2] FED. R. CIV. P. 41(a)(1)(A)(i).

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this 2nd day of **August 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**